UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Darrick Steraling Miles**                      Docket No. 5:09-CR-197-1FL

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darrick Steraling Miles, who, upon an earlier plea of guilty to Possession with Intent to Distribute a Quantity of Cocaine Base (Crack) and a Quantity of Marijuana - 21 U.S.C. § 841(a)(1) and Possession of a Firearm by a Felon - 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 12, 2010, to the custody of the Bureau of Prisons for a term of 134 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Darrick Steraling Miles was released from custody on April 8, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 29, 2020, the defendant submitted a urine sample that returned positive for marijuana on February 4, 2020. On February 4, 2020, the defendant signed a drug admission form admitting to using marijauna. As a result of the use, the probation office will increase substance abuse testing in the surprise urinalysis program and continue the defendant in substance abuse treatment. Additionally, it is recommended that the defendant's conditions be modified to allow the defendant to complete a sanction in the form of 8 hours of community service to address the new drug use. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 8 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: February 6, 2020 |

**Darrick Steraling Miles**
**Docket No. 5:09-CR-197-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___10th___ day of _____February_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge